Psimoulis & Company, appellee, v. International Brokerage Company, appellant. Gen. No. 25,496.

Action to recover damages for reducing a draft. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed December 22, 1920.

Guy M. Walker, for appellant. John J. Lupe, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Emanuel Weinberger, administrator of estate of Leo Waldman, deceased, appellant, v. Joseph Stockton Transfer Company, appellee. Gen. No. 25,519.

Action to recover for death of person crushed between freight car and wagon. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 22, 1920.

Bassler, Bippus & Rose, for appellant. John A. Bloomingston, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Margaret Hirschberg, appellee, v. Robert Rogers and Ora Rogers, appellants. Gen. No. 25,528.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with findings of fact. Opinion filed December 22, 1920.

Charles G. Hendricks, for appellants. William Slack, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

George Lovinger, appellee, v. Harry Kaplan, appellant. Gen. No. 25,537.

Action to recover for injuries to person falling from stairs. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed. Opinion filed December 22, 1920.

H. L. Howard, for appellant. Lloyd D. Heth, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

J. B. Williams Company, appellant, v. Sam Samson, appellee. Gen. No. 25,565.

Action to recover for soap sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 22, 1920.

Gilbert F. Wagner, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.